# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LEE HOLDEN PARKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL NO. 07-cv-796-DRH |
| ) | |
| KENNETH BARTLEY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

**HERNDON, Chief Judge:**

This matter is before the Court *sua sponte*. After a review of Plaintiff's complaint pursuant to 28 U.S.C. § 1915A, the Court dismissed Counts 4, 6, and 7. *See* (Doc. 5). Plaintiff filed a motion to reconsider (Doc. 7) which the Court denied (Doc. 8).

Recently, Plaintiff filed a motion to amend (Doc. 10) his motion to reconsider. The motion to amend, effectively, sought to assert additional arguments and provide additional citations in support of Plaintiff's (now denied) motion to reconsider. Magistrate Judge Wilkerson, to whom this matter is referred, granted Plaintiff's motion to amend. *See (Doc. 11)*. These additional arguments and case citations, as well as the proverbial one about the left hand and the right hand, however, do not alter the Court's conclusion that the motion to reconsider (Doc. 7) should have been denied. Therefore, the motion to reconsider (Doc. 7) remains **DENIED**.

**IT IS SO ORDERED**.

**DATED:** July 18, 2008.

        /s/    DavidRHerndon
**DISTRICT JUDGE**