IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LEE HOLDEN PARKER, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   Case No. 07-cv-00796-DGW |
| | ) |
| KENNETH BARTLEY, et al., | ) |
| | ) |
|    Defendants. | ) |

**ORDER**

Pending before the Court is a Motion to Compel Summons Service (Doc. 68) filed by Plaintiff Lee Holden Parker. For the reasons set forth below, Plaintiff's Motion is **DENIED**.

Plaintiff filed this action on November 13, 2007 for deprivations of his constitutional rights pursuant to 42 U.S.C. §§ 1983, 1985, and 1986, and for violations of the Americans with Disabilities Act ("ADA"), 42 U.S.C. §§ 12101 *et seq*. After the Court issued its threshold order finding that Plaintiff's complaint stated a claim against Defendant A. Lunde for violations of the Eighth Amendment and the ADA (Doc. 5), the Clerk prepared a request for waiver of service for Defendant Lunde and forwarded it to the United States Marshals Service for service on June 5, 2008 (Doc. 6). On February 10, 2009, the waiver was returned unexecuted with a letter from the Illinois Department of Corrections stating that A. Lunde could not be identified (Doc. 38).

To date, Defendant A. Lunde has not been served and has not entered an appearance in this action. The Marshal has been unable to find Defendant Lunde based upon the information provided by Plaintiff. Accordingly, pursuant to Federal Rule of Civil Procedure 4(m), the Court extends the time for service of Defendant Lunde for 30 more days, that is, until **March 11, 2011**. By this date, Plaintiff must either serve process on Defendant Lunde or provide additional information to the Court to identify this Defendant so that the United States Marshals Service

may serve process upon him. If after the expiration of 30 days Defendant Lunde is not served or identified, all claims pending against Defendant Lunde will dismissed without prejudice as described by Federal Rule of Civil Procedure 4(m).

**IT IS SO ORDERED.**

**DATED: February 9, 2011**

_____
**DONALD G. WILKERSON**
**United States Magistrate Judge**